IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00402-RPM

MIKE SKLAR,

    Plaintiff,

v.

THE WACKENHUT CORPORATION, a Florida corporation,

    Defendant.

## ORDER GRANTING WITHDRAWAL

This matter comes before the Court on Jeannette Grey Gilbert's MOTION TO WITHDRAW AS ATTORNEY OF RECORD.  The Court has reviewed its file, the pleadings, and being fully advised, hereby GRANTS the Motion.  Attorney Jeannette Grey Gilbert is withdrawn from representation of Plaintiff, and the Clerk of the Court is directed to remove her from the electronic service.

DATED 24th  day of May 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge