IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00402-RPM

MIKE SKLAR,

    Plaintiff,

v.

THE WACKENHUT CORPORATION, a Florida corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Unopposed Motion for Dismissal with Prejudice filed September 11, 2007. Plaintiff seeks to dismiss the case based on the fact that a settlement has been reached. The Court, having reviewed the motion, ORDERS that the Unopposed Motion for Dismissal with Prejudice is GRANTED, and the case is DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys' fees.

DATED this 12th day of September 2007.

                BY THE COURT:

                s/ Richard P. Matsch

                _____
                Richard P. Matsch,
                U.S. District Judge